## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | |
| Virginia Bradfield | |
| | Case No. 18-17308AMC |
| Debtor(s) | Chapter 13 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on June 18, 2019, a true and correct copy of the ORDER DISMISSING CHAPTER 13 AND SETTING HEARING ON APPLICATION FOR COMPENSATION was served by electronic delivery or regular US Mail to all interested and affected parties and the Trustee per the addresses provided on their Proof of Claim.

Very Truly Yours,

June 18, 2019

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire